*W. Fisher, James G. Leovy,* and *A. W. Gregg* for Pyron. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Aubrey Lawrence, Claude R. Branch,* and *Paul D. Miller* for respondents. ■

No. 663. PERMUTIT Co. *v.* GRAVER CORPORATION. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Drury W. Cooper, Graham Sumner, Allan C. Bakewell,* and *George A. Chritton* for petitioner. *Messrs. George L. Wilkinson* and *Charles L. Byron* for respondent. ■

No. 678. SMOOT SAND & GRAVEL CORP. *v.* WASHINGTON AIRPORT, INC. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Thomas D. Thacher, G. A. Everson, Paul W. Kear,* and *Seth W. Richardson* for petitioner. *Mr. Louis Titus* for respondent. ■

No. 720. FETTERS, U. S. MARSHAL, *v.* UNITED STATES EX REL. CUNNINGHAM. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for petitioner. *Messrs. Benjamin M. Golder* and *Ruby R. Vale* for respondent.

Nos. 687, 688, 689, 690. CUMBERLAND COAL Co. *v.* BOARD OF REVISION OF TAX ASSESSMENTS;
No. 691. PHILLIPS *v.* SAME;
No. 692. PIEDMONT COAL Co. *v.* SAME; and